# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BILLY LOUIS PATTILLO,<br><br>      Defendant. | 2:10-mj-00420-NJK<br><br>**ORDER ON MOTION TO DISMISS CASE** |

This matter coming before the Court on a Motion to Dismiss, the Court having considered the matter, and good cause showing, the Court accepts the Motion to Dismiss.

**WHEREFORE, IT IS HEREBY ORDERED** that the United States' motion to dismiss is GRANTED. The instant case is hereby dismissed and closed.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.

Entered: November 13, 2018